## UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

### No. 98-4928

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LEROY GREEN,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. Malcolm J. Howard, District Judge.  (CR-97-36)

---

Submitted:  October 29, 1999        Decided:  November 9, 1999

---

Before MURNAGHAN, WILKINS, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert J. McAfee, MCCOTTER, MCAFEE & ASHTON, P.L.L.C., New Bern, North Carolina, for Appellant.  Janice McKenzie Cole, United States Attorney, Anne M. Hayes, Assistant United States Attorney, John Howarth Bennett, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leroy Green appeals from a 240-month sentence imposed following his conditional guilty plea for conspiracy to possess with the intent to distribute and to distribute crack cocaine, 21 U.S.C. § 846 (1994).  Finding no reversible error, we affirm.

Green claims that the district court erred when it denied his motion to suppress.  We have reviewed the record and find, from a totality of the circumstances, that Green's inculpatory statements to the police were voluntary.  See 18 U.S.C. § 3501(b); see also United States v. Braxton, 112 F.3d 777, 780-81 (4th Cir. 1997).  We therefore find that the district court did not err in denying Green's suppression motion and using these statements in determining Green's relevant conduct for sentencing.  Accordingly, we affirm Green's conviction and sentence.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED